# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1840
_____

TAMARICK BARNS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

November 8, 2023


PER CURIAM.

Tamarick Barns appeals the judgment and sentence entered following his convictions for attempted first degree murder, attempted robbery with a firearm, and aggravated battery causing great bodily harm with a firearm. The victim was driving Barns home on his way to work when Barns demanded cash from him. He refused, and Barns shot him several times in the face before fleeing the scene. The case went to trial and the jury found Barns guilty on all counts alleged in the amended information.

Our independent *Anders*[*] review of the record reveals no arguable issues on appeal. There is competent, substantial

_____

[*] *Anders v. California*, 386 U.S. (1967).

evidence to support Barns' convictions, and the trial court imposed legal sentences for each conviction.

AFFIRMED.

B.L. THOMAS, WINOKUR, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David Maldonado, Lakeland, for Appellant.

Ashley Moody, Attorney General, for Appellee.